RECEIVED
JAN 22 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DEANN COLLINS-DURHAM, Plaintiff | CIVIL ACTION NO. 1:17-CV-00677 |
| VERSUS | JUDGE DRELL |
| JPMORGAN CHASE, N.A., Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Third Party Defendant Brooke V. Fontenot's Motion to Dismiss (Doc. 10) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 22 day of January, 2018.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT